27178. BENTON *v.* THE STATE.

GUERRY, J. This case is controlled by the decision rendered this day in *Benton* v. *State, 58 Ga. App.* 633.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 3, 1938.

*Frank A. Bowers,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.